UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 10655 REK**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> and <br><br> BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF BROOKLINE, MASSACHUSETTS; <br><br> TOWN OF BROOKLINE BOARD OF APPEALS; <br><br> and DIANE GORDON, HARRY MILLER, BAILEY SILBERT, ENID STARR, LAWRENCE KAPLAN, MURRAY SCHOCKET in their official capacities as Members of the Town of Brookline Board of Appeals, <br><br> Defendants. | MAGISTRATE JUDGE _____ <br><br><br> Civil Action No.: |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Cellco") and Plaintiff Bell Atlantic Mobile of Massachusetts Corporation, Ltd. ("Bell Atlantic Mobile of Massachusetts") hereby state as follows: the partners in Cellco are collectively indirectly wholly owned by Verizon Communications, Inc. and Vodafone Group Plc., both publicly-traded companies. Each of these companies indirectly owns more than 10% of Cellco. Bell Atlantic Mobile of Massachusetts is itself a wholly owned subsidiary of Cellco.

BOST1-854348-1

2

PLAINTIFFS,
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS and BELL
ATLANTIC MOBILE OF
MASSACHUSETTS CORPORATION,
LTD. d/b/a VERIZON WIRELESS

By their Attorneys,

*/s/ Danielle E. Long*
Michael S. Giaimo (BBO #552545)
Danielle Andrews Long (BBO #646981)
Robinson & Cole LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: 4/4/05

2