**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> and <br><br> BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS, <br><br>     Plaintiffs, <br><br> v. <br><br> TOWN OF BROOKLINE, MASSACHUSETTS; <br><br> TOWN OF BROOKLINE BOARD OF APPEALS; <br><br> and DIANE GORDON, HARRY MILLER, BAILEY SILBERT, ENID STARR, LAWRENCE KAPLAN, MURRAY SCHOCKET in their official capacities as Members of the Town of Brookline Board of Appeals, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   DOCKET NO. 05-10655REK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

*To the Clerk of the Court:*

   Please enter my appearance for the Defendants, Town of Brookline, Massachusetts, Town of Brookline Board of Appeals, and Diane Gordon, Harry Miller, Bailey Silbert, Enid Starr, Lawrence Kaplan and Murray Schocket in their official capacities as Members of the Town of Brookline Board of Appeals, in the above-captioned matter.


              */s/ Joslin Murphy*
              Joslin Murphy (BBO #553471)
              Associate Town Counsel
              333 Washington Street
              Brookline, MA  02445
Dated: May 20, 2005       Tel. No. (617)730-2190