UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,** )<br>)<br>and )<br>)<br>**BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS** )<br>)<br>    **Plaintiffs,** )<br>)<br>v. )<br>)<br>**TOWN OF BROOKLINE, MASSACHUSETTS;** )<br>)<br>**TOWN OF BROOKLINE BOARD OF APPEALS;** )<br>)<br>and **DIANE GORDON, HARRY MILLER, BAILEY SILBERT, ENID STARR, LAWRENCE KAPLAN, MURRAY SCHOCKET in their official capacities as Members of the Town of Brookline Board of Appeals,** )<br>)<br>    **Defendants.** | Civil Action No.: 05-10655 REK |

### PLAINTIFF CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(D)(3), Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Cellco") and its counsel hereby certify that they have conferred:

    (a)    with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BOST1-879809-1

CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS,
By its Attorneys,

*Danielle L. Long*
Michael S. Giaimo, BBO #552345
Danielle Andrews Long, BBO #646981
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

Dated: 2/15/06

CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS,

By: Richard Enright
Title: Regional Director of Engineering

## CERTIFICATE OF SERVICE

I, Danielle Andrews Long, certify that on this /5th day of February, 2006, I caused a copy of the foregoing to be served by first class mail, postage prepaid upon:

Jennifer Dopazo, Esq.
Joslin Murphy, Esq.
The Office of Town Counsel
333 Washington Street
Brookline, MA 02445
617-730-2190

_____
Danielle Andrews Long