UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
CELLCO PARTNERSHIP, et al                   )
                    Plaintiff               )
                                            )
v.                                          )     Civil Action No.
                                            )     05-10655-REK
THE TOWN OF BROOKLINE, TOWN OF              )
BROOKLINE BOARD OF APPEALS and              )
DIANE R. GORDON, BAILEY S. SILBERT,         )
and ENID M. STARR, in their capacity as     )
members of the Town of Brookline            )
Board of Appeals ,                          )
                    Defendants.             )
_____)

THE DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

The undersigned hereby certify that they have conferred with respect to the above matter (1) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By:    */s/ Richard J.  Kelliher*_____
       Richard J. Kelliher, Town Administrator
       Town of Brookline
       Brookline, MA 02445
       (617) 730-2200

By:    */s/ Joslin H. Murphy*_____
       Joslin H. Murphy
       333 Washington Street
       Brookline, MA 02446
       (617) 730-2190

Dated:  February 14, 2006

<u>Certificate of Service</u>

  I, Joslin Murphy, hereby certify that on this 16th day of February 2006, I caused a true copy of the foregoing LR 16.1(D)(3) Certification to be served upon the plaintiff by first class mail, postage prepaid, to its attorney of record.

                <u>*/s/ Joslin Murphy*_____</u>
                Joslin Murphy

Dated:  February 16, 2006