UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CELLCO PARTNERSHIP, ET AL

                                                     CIVIL ACTION
                                                     NO.05-10655-WGY

V

BROOKLINE

## ORDER OF RECUSAL

YOUNG, D.J.                                                         June 16, 2006

     The presiding judge recuses himself on the ground that he is a shareholder in one of the corporate parties to this litigation.

                                                WILLIAM G. YOUNG
                                                UNITED STATES DISTRICT JUDGE

                                                By the Court,

                                                /s/ Elizabeth Smith
                                                _____
                                                    Deputy Clerk