UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CELLCO PARTNERSHIP d/b/a <br> VERIZON WIRELESS, <br><br> and <br><br> BELL ATLANTIC MOBILE OF MASSACHUSETTS <br> CORPORATION, LTD. d/b/a VERIZON WIRELESS <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF BROOKLINE, MASSACHUSETTS; <br><br> TOWN OF BROOKLINE BOARD OF APPEALS; <br><br> and DIANE GORDON, HARRY MILLER, BAILEY SILBERT, ENID STARR, LAWRENCE KAPLAN, MURRAY SCHOCKET in their official capacities as Members of the Town of Brookline Board of Appeals, <br><br> Defendants. | Civil Action No.: 05-10655 RCL |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties to this action, by their counsel, jointly move the Court to continue the Status Conference scheduled in this matter for August 24, 2006.

In support of their Motion, the parties state as follows:

1.     Counsel for Plaintiffs, Michael Giaimo and Danielle Andrews Long, will be on vacation on August 24, 2006 and will be unable to attend the Status Conference.

2.     Further, the parties are in the process of negotiating and finalizing a settlement in this action.

BOST1-895357-1

3. Postponing the Status Conference for approximately thirty days will not prejudice any party or the Court, and will also provide the parties with an opportunity to resolve this matter without further Court intervention.

4. The parties are available September 27-29, 2006 for a Status Conference if such dates are convenient with the Court.

5. No memorandum of law is required because the relief sought is within the discretion of the Court.

WHEREFORE, the parties respectfully request the Court to postpone the Status Conference, currently scheduled for August 24, 2006, until September 27, 28, or 29, 2006, or whatever other date is convenient for the Court.

PLAINTIFF,
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS and
BELL ATLANTIC MOBILE OF
MASSACHUSETTS CORPORATION,
LTD. d/b/a VERIZON WIRELESS,
By their Attorneys,

_____
Michael S. Giaimo, BBO #552548
Danielle Andrews Long, BBO #646981
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108
(617) 557-5900

Dated: 8/9/06

DEFENDANTS,
TOWN OF BROOKLINE,
ET AL.,
By their attorneys.

_____
Jennifer Dopazo, BBO #632770
Joslin Murphy, BBO #553471
The Office of Town Counsel
333 Washington Street
Brookline, MA 02445
617-730-2190