UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br><br>and<br><br>BELL ATLANTIC MOBILE OF MASSACHUSETTS<br>CORPORATION, LTD. d/b/a VERIZON WIRELESS<br><br>    Plaintiffs<br><br>v.<br><br>THE TOWN OF BROOKLINE, MASSACHUSETTS<br>TOWN OF BROOKLINE BOARD OF APPEALS;<br>and DIANE R. GORDON, HARRY MILLER,<br>BAILEY SILBERT, ENID STARR, and<br>MURRAY SCHOCKET in their official capacities as<br>members of the Town of Brookline Board of Appeals,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10655 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

1.    In that the Plaintiffs have been duly permitted to install and operate a personal wireless facility at 280 Newton Street, Brookline, aka Brandegee House, the parties to the above-entitled matter hereby stipulate, pursuant to Fed. R. Civ. P. 41 (a)(1) that the Complaint in the above-named case shall be dismissed without costs. The parties acknowledge and agree that the dismissal shall be _with prejudice_ as to Count II only, and otherwise _without prejudice_.

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, and BELL ATLANTIC MOBILE OF MASSACHUSETTS, CORP. LTD d/b/a VERIZON WIRELESS, | THE TOWN OF BROOKLINE, et al |
| By their attorneys, | By their attorneys, |
| */s/ Michael S. Giaimo*<br>Michael S. Giaimo., BBO #352545 | */s/ Joslin Murphy*<br>Joslin Murphy, BBO # 553471 |
| */s/ Danielle Andrews Long*<br>Danielle Andrews Long,. BBO #646981<br>Robinson & Cole, LLP<br>One Boston Place<br>Boston, MA 02108-4404<br>Tel: (617) 557-5900 | */s/ Jennifer Dopazo*<br>Jennifer Dopazo, BBO #632770<br>Town of Brookline<br>333 Washington Street<br>Brookline, MA 02445<br>Tel: (617) 730-2190 |

Date:  September 28, 2006